People v Collazo (2025 NY Slip Op 51588(U))

[*1]

People v Collazo (Frank)

2025 NY Slip Op 51588(U)

Decided on October 10, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on October 10, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., Perez, Alpert, JJ.

570570/19

The People of the State of New York, Respondent,
against
Frank Collazo, Defendant-Appellant.

In consolidated criminal proceedings, defendant appeals from two judgments of the Criminal Court of the City of New York, New York County (Phyllis Chu, J.), each rendered December 19, 2018, convicting him, upon his pleas of guilty, of assault in the third degree and criminal contempt in the second degree, and imposing sentence.

Per Curiam.
Judgments of conviction (Phyllis Chu, J.), rendered December 19, 2018, affirmed.
Defendant's constitutional speedy trial claim under docket number 2018NY010562, raised for the first time on appeal, is both unpreserved and unreviewable (see People v Jordan, 62 NY2d 825, 826 [1984]; People v Card, 107 AD3d 820, 820 [2013], lv denied 21 NY3d 1072 [2013]; People v Capellan, 38 AD3d 393, 394 [2007], lv denied 9 NY3d 873 [2007]), and we decline to review it in the interest of justice. As an alternative holding, to the extent that the record permits review, we conclude, upon review of the relevant factors (see People v Taranovich, 37 NY2d 442, 445 [1975]), that defendant's constitutional right to a speedy trial was not violated by the 10-month delay between his arrest and plea.
Defendant's sole contention regarding his conviction under docket number 2018NY047821 is that this conviction should be vacated and the accusatory instrument dismissed if his conviction under docket number 2018NY010562 is reversed. Since defendant raises no independent claim regarding his conviction under 2018NY047821, that judgment must be affirmed in light of the affirmance of the judgment under docket number 2018NY010562 (see People v Bello, 198 AD3d 668, 668-669 [2021], lv denied 37 NY3d 1144 [2021]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 10, 2025